Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 16−24522−JKS
                    Chapter: 13
                    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Camellia L. Hill
   1219 Roselle Street
   Linden, NJ 07036

Social Security No.:
   xxx−xx−5931

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/21/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 22, 2017
JAN: rah

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Camellia L. Hill
      Debtor

Case No. 16-24522-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 22, 2017
                            Form ID: 148     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2017.

```
db              +Camellia L. Hill,    1219 Roselle Street,    Linden, NJ 07036-2528
516312630        Big M. Inc.,   Craner Satkin & Sheer & Swartz,    320 Park Ave,    Scotch Plains, NJ  07076-1100
516312632       +Capital One BanK (USA), N.A.,    136 Gaither Dr., Ste 100, P.O. Box 1269,
                  C/O Lyons, Doughty & Veldhuis, P.C.,    Mt. Laurel, NJ 08054-7269
516312631        Capital One Bank,    c/o Goldman & Warshaw,    34 Maple Ave Ste 101,    Pine Brook, NJ  07058-9394
516312633        MIDLAND Mortgage,    PO Box 26648,    Oklahoma City, OK  73126-0648
516312634        MRC Receivables Corp.,    c/o Pressler & Pressler, LLP,    7 Entin Rd,
                  Parsippany, NJ   07054-5020
516432043       +MidFirst Bank,    999 NorthWest Grand Blvd,    Oklahoma City, OK 73118-6051
516312635       +New Century Financial Services, Inc.,    7 Entin Road C/O Pressler & Pressler, LL,
                  Parsippany, NJ 07054-5020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 22 2017 23:15:43      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 22 2017 23:15:40     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2017 at the address(es) listed below:

```
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Debtor Camellia L. Hill dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                              TOTAL: 4
```