UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
(908) 351-1984
Fax: (908) 351-1982
Attorney for Debtor

Order Filed on May 12, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Camellia L. Hill,

Case Number: 16-24522

Hearing Date: 5 / 11 / 2017

Judge: JKS

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 12, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been presented to the Court by _____the debtor_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

new.7/12/16