Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−24522−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Camellia L. Hill
 1219 Roselle Street
 Linden, NJ 07036

Social Security No.:
 xxx−xx−5931

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 11/9/17 at 11:00 AM

to consider and act upon the following:

*47* − Application Early Termination of the Loss Mitigation Period Filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 10/20/2017. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Carlon, Denise) Modified on 10/18/2017 (dmc).

*48* − Certification in Opposition to Early Termination of Loss Mitigation (related document:47 Application Early Termination of the Loss Mitigation Period Filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 10/20/2017. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Carlon, Denise) Modified on 10/18/2017 (dmc). filed by Creditor MIDFIRST BANK) filed by Donald C. Goins on behalf of Camellia L. Hill. (Goins, Donald)

Dated: 10/19/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court