| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue. Suite 406<br>Westmont, NJ 08108<br>Attorney for Creditor | Order Filed on November 12, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey |

In Re:

    Camellia L. Hill

            DEBTOR

Case No:    16-24522 JKS

Judge:    John K. Sherwood

Chapter:    13

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 12, 2017**

_/s/ J.K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on June 26, 2017, and having granted until September 26, 2017:

Property:       1219 Roselle Street, Linden, NJ 07036

Creditor:       MidFirst Bank

and a Request for

> x Early Termination of the Loss Mitigation Period having been filed by MidFirst Bank and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated, effective September 26, 2017.