Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16–24522–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Camellia L. Hill
1219 Roselle Street
Linden, NJ 07036

Social Security No.:
xxx–xx–5931

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/29/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 30, 2018
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-24522-JKS
Camellia L. Hill                                                      Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: May 30, 2018
                             Form ID: 148          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
db             +Camellia L. Hill,   1219 Roselle Street,   Linden, NJ 07036-2528
516312630       Big M. Inc.,   Craner Satkin & Sheer & Swartz,   320 Park Ave,   Scotch Plains, NJ  07076-1100
516312632      +Capital One BanK (USA), N.A.,   136 Gaither Dr., Ste 100, P.O. Box 1269,
                 C/O Lyons, Doughty & Veldhuis, P.C.,   Mt. Laurel, NJ 08054-7269
516312631       Capital One Bank,   c/o Goldman & Warshaw,   34 Maple Ave Ste 101,   Pine Brook, NJ  07058-9394
516312633       MIDLAND Mortgage,   PO Box 26648,   Oklahoma City, OK  73126-0648
516312634       MRC Receivables Corp.,   c/o Pressler & Pressler, LLP,   7 Entin Rd,
                 Parsippany, NJ  07054-5020
516432043      +MidFirst Bank,   999 NorthWest Grand Blvd,   Oklahoma City, OK 73118-6051
516312635      +New Century Financial Services, Inc.,   7 Entin Road C/O Pressler & Pressler, LL,
                 Parsippany, NJ 07054-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 31 2018 00:15:22      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2018 00:15:20      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                  TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
            Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Donald C. Goins    on behalf of Debtor Camellia L. Hill dcgoins1@gmail.com,
             G25787@notify.cincompass.com
            Marie-Ann  Greenberg    magecf@magtrustee.com
            Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
                                                                                  TOTAL: 5